Joseph H. Harkow, Appellant, v. Tessie Flatto, Respondent, Impleaded with Another, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John Heyman, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Harris Hurewitz, Appellant, v. Harris Smulowitz, Respondent. — Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Margaret Blennerhassett, Deceased. Arthur W. Brash, Appellant; George J. Dirkes, as Executor, etc., of Margaret Blennerhassett, Deceased; Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with one bill of costs to the respondent, and another to the appellant, payable out of the estate. No opinion. Hooker, Gaynor and Rich, JJ., concurred; Miller, J., dissented.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,302 Issued to Julius N. Burr, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion in *Matter of Clement, Cusick Certificate* (*ante*, p. 676), decided herewith. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,304 Issued to John Lawson, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion in *Matter of Clement, Cusick Certificate* (*ante*, p. 676), decided herewith. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, etc., Appellants, to Acquire Real Estate in the Town of Phillipstown, Putnam County, New York, etc. John J. Delany and Others, as Commissioners of Appraisal, Respondents. Northern Aqueduct Department (Catskill Aqueduct Section No. 2).— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of John D. Snedeker, as Executor, etc., of Leffert L. Bergen, Deceased, Respondent. Sara E. Bergen, Individually and as Executrix, etc., of Leffert L. Bergen, Deceased, and Brooklyn Trust Company, as Trustee under the Third Clause of the Will of Leffert L. Bergen, Deceased, Appellants; Catharine M. Wyckoff and Edith L. Mendes, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Charles James and George James, Appellants, v. Maria G. Eposito, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller. JJ., concurred.

Saunders P. Jones and Lawrence Jones, Appellants, v. Henry J. Lucas, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.